**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTERED HEALTH, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>   v.<br><br>UMR, INC., a corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00976-SVW-RAO<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO DISMISS WITH PREJUDICE |

[PROPOSED] ORDER

321231814v.1

1 | Having read the joint stipulation of the parties, the Court hereby GRANTS the
2 | request. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that
3 | this action is dismissed with prejudice. Each party to bear their own fees and costs.

5 | IT IS SO ORDERED.

7 | Dated: October 27, 2025

*[signature]*

Hon. Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER

321231814v.1